BENJAMIN B. WAGNER
United States Attorney
BOBBIE J. MONTOYA
Assistant United States Attorney
Eastern District of California
501 I Street, Suite 10-100
Sacramento, CA  95814-2322
Telephone:  (916) 554-2775
Facsimile:   (916) 554-2900
email: bobbie.montoya@usdoj.gov

Attorneys for Petitioner United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Petitioner,<br><br>     v.<br><br>GLENN R. WILSON, individually and as sole proprietor of FAMILY LAW FRESNO COM,<br><br>           Respondent. | 1:15-cv-00475-LJO-MJS<br><br>**ORDER TO DISMISS AND CLOSE CASE** |

    Based on Petitioner's notice of voluntary dismissal under Fed. R. Civ. P. 41(a)(1)(A)(i), Dkt. 12, this Court DISMISSES without prejudice the Petition Re: Tax Summons Enforcement in the above-referenced case.  The Clerk of the Court is directed to CLOSE THIS CASE.

**IT IS SO ORDERED**
**Dated: September 1, 2015**

                              /s/ Lawrence J. O'Neill
                              **United States District Judge**